# EXHIBIT B

BURNS *&* LEVINSON LLP

125 SUMMER STREET  BOSTON, MA 02110
T 617.345.3000  F 617.345.3299
WWW.BURNSLEV.COM

LAURA L. CARROLL
617.345.3339
LCARROLL@BURNSLEV.COM

January 24, 2005

*VIA EMAIL and BY MAIL*

Matthew Adler, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

> **Re:**  *Sportvision, Inc. v. SportsMEDIA Technology Corp.  N.D. Cal. C-04-3115*

Dear Matt:

Pursuant to Fed. R. Civ. P. Rule 26(a)(2) and the Amended Case Management Scheduling Order in this case, Sportvision hereby discloses its rebuttal expert as to trademark damages, Robert S. Knudsen.  Mr. Knudsen's expert report is attached.  I am also sending you with this letter copies of the documents which Mr. Knudsen identifies as having reviewed in the preparation of his report which have not been previously produced in discovery in this action.

Please let me know if you have any questions.

Sincerely,

Laura L. Carroll

Enclosures

cc:    Sportvision, Inc.
        Merton Thompson, Esq.

RECEIVED JAN 2 7 2005

00901289

MASSACHUSETTS ::: RHODE ISLAND ::: DISTRICT OF COLUMBIA

## QUALIFICATIONS

I am the partner in charge of the PricewaterhouseCoopers ("PwC") intellectual property practice for the West Region. I have been with PwC since 1979. I am a Certified Public Accountant. I hold a B.S. in Industrial Engineering and Operations Research and M.B.A. with an emphasis in Accounting, both from the University of California at Berkeley. I have been qualified and testified as an expert on damages and accounting matters in both state and federal courts. My credentials are summarized in my resume, which is attached as Exhibit A. My resume also includes a listing of cases in which I have testified during the past four years.

PwC is being compensated for my services at my hourly billing rate of $450. My firm is also being compensated for any PwC personnel working under my direction, for all time incurred at the firm's stated hourly rates, and for reimbursement of expenses. This compensation and reimbursement is to be paid regardless of the outcome of this lawsuit.

## SCOPE OF ASSIGNMENT

I have been asked to provide analysis and testimony regarding damages in the matter of Sportvision, Inc. ("Sportvision") v. SportsMEDIA Technology Corporation ("SportsMEDIA"). In particular, I have been asked to comment upon profit derived from the Monday Night Football (MNF) contract.

**DOCUMENTS REVIEWED**

Sportvision, Inc.'s 2004 Unaudited Income Statement

Sportvision, Inc's Revenue and Cost Assumptions on a Per Game Basis

Bill of Materials for the HD 1st and Ten System

Bill of Materials for the Telestration System

Bill of Materials for the Stromotion System

Request for Proposal #1488 "First and Ten Technology" June 1, 2004

Sportvision's Proposal in response to Request for Proposal #1488

Wages for One Traveling SV Tech and One local Tech for Carolina at SF NFL game on 11/14/04

One-Way Shipping Charge for a System

First Amended Verified Complaint for Patent Infringement, Trademark Infringement and Unfair
Competition

Answer and Counterclaims in Response to First Amended Verified Complaint.

Plaintiff's Memorandum of Law in Support of its Motion for Preliminary Injunction

Declaration of Henry Adams in Support of Plaintiff's Motion for Preliminary Injunction

SportsMEDIA Technology Corporation's Opposition to Sportsvision, Inc.'s Motion for Preliminary
Injunction

Declaration of Gerard J. Hall in Opposition to Plaintiff's Motion for a Preliminary Injunction

Order Denying Motion for Preliminary Injunction; Setting Case Management Conference and
Rescheduling Motion to Transfer and Setting Briefing Schedule

**ANALYSIS**

    In a trademark infringement case, the plaintiff would normally show the gross revenue

received as a result of the infringement and the infringer would have the burden to establish the

deductible expenses attributable to that revenue.  In the "Declaration of Gerard J. Hall in Opposition

to Plaintiff's Motion for a Preliminary Injunction" (page 7, line 6), the revenue associated with the

MNF contract is identified as in excess of $1,200,000.  To date, defendant has not produced an

analysis of deductible expenses.  In light of this and the ongoing discovery process, the comments below are subject to revision.

Starting with the $1,200,000 revenue figure provided by defendant, the deductible expenses should be those additional expenses actually expended by SportsMEDIA to service the MNF contract (often referred to by accountants as variable or incremental costs).  Since the objective is to determine profits derived from the infringement, deductible expenses would not include the allocation of overhead or other costs not directly affected by the addition of the MNF business.

Sportvision in bidding on the MNF business anticipated revenue of $880,000 and additional costs of $288,226 for a total profit of $591,774 (see Exhibit B and Exhibit C).  This represents a profit margin of 67%.  If SportsMEDIA costs are similar to Sportvision, then applying the 67% profit margin to $1,200,000 of revenue yields profit to SportsMEDIA of approximately $807,000.

Executed this 24th day of January, 2005 at Irvine, California.

Robert S. Knudsen

Exhibit A

# ROBERT S. KNUDSEN

| | |
|---|---|
| **Position** | Partner, Financial Advisory Services, PricewaterhouseCoopers LLP |
| **Education** | M.B.A. - Accounting, University of California at Berkeley, California |
| | B.S. - Industrial Engineering and Operations Research, University of California at Berkeley, California |
| **Range of Experience** | Consulting and auditing experience with a wide variety of industries. Experience includes the design and implementation of management information systems, business evaluations and diagnostic reviews, feasibility studies, business valuations, and the analysis of the accounting, financial, economic and business issues in commercial litigation and business reorganizations.. |

**Selected Professional and Business Experience**

**Consulting Services Related to Intellectual Property**

Responsible for royalty examinations of wireless chip technology involving licensees in Japan, China, Korea, and the United States.

Testified concerning lost profits and price erosion damages involving a patent for laminated copper and aluminum sheets used in the manufacturing of printed circuit boards.

Provided deposition testimony regarding lost profits and reasonable royalties for an intraocular lens patent infringement case.

Responsible for project involving worldwide royalty examination program for large software company.

Provided deposition testimony on damages in a trademark infringement case involving radio stations.

Provided deposition testimony as to patent infringement damages for lost profits and reasonable royalties for devices that regulated the flow of chemicals to computer chip fabrication lines.

Conducted a royalty audit concerning certain copyrighted material under several licensing agreements between the originator and the publisher/distributor.

Performed a market analysis and financial evaluation of a patented medical product.

Assisted inventor in assessment and negotiation of license for keyboard technology with major computer manufacturer.

Provided deposition testimony as to patent infringement damages for lost profits (including convoyed sales) and reasonable royalties for a manufacturer of computer chip cleaning devices.

**Selected
Professional
and Business
Experience
(continued)**

Testified concerning damages in a trade dress case involving pool cleaning products.

Provided deposition testimony as to reasonable royalty damages in a patent infringement case involving car alarms.

Testified regarding damages to a computer leasing company in a theft of trade secrets case.

Performed a market analysis and financial evaluation of a patented toy product.

Performed valuation and reasonable royalty analysis related to micro-nutrient formulas in a theft of trade secrets case.

Consulted on project involving valuation and royalty rate analysis related to an electronic slot machine patent.

Analyzed patent infringement damages in a case involving concrete saws.  Analysis involved determination of damages related to lost profits, convoyed sales, price erosion and lost market potential.

Analyzed patent infringement damages for a manufacturer of medical devices.

Analyzed lost profits and reasonable royalties in a patent infringement dispute involving flatbed scanners.

Provided deposition testimony regarding damages to a rubber manufacturing company in a theft of trade secrets case.

Provided deposition testimony regarding lost profits due to lost sales and accelerated market entry in a patent infringement case involving squeeze balls.

Analyzed lost profits and reasonable royalties in a patent infringement suit involving sprinkler products.

**Consulting Services Related to Business Valuation**

Performed valuation analysis for a variety of businesses, including:

- a mobile home park syndicator/operator
- a promotions/marketing company
- a network of HMOs
- a hospital
- a medical practice
- a temporary agency
- a wind energy park

- an insurance company
- a construction company
- a lumber company
- income producing real estate
- an equipment leasing company
- a cargo container leasing company
- a real estate limited partnership

**Selected
Professional
and Business
Experience
(continued)**

**Consulting Services Related to Business Litigation**

Analyzed damages involving a failure to pay royalties under a music license agreement.

Analyzed alter-ego claims, in connection with the cancellation of commercial aircraft orders in excess of $800 million. Our analysis included the reconstructions and tracing of complex financial transactions among a web of off-shore entities in Switzerland, Germany, Liechtenstein and Panama.

Testified concerning cost allocation in a below cost pricing case involving rental car agencies.

Provided deposition testimony on damages in a ground water contamination case.

Used accounting and other business records to establish that several independent distributors were receiving and reselling inventory stolen from the company's warehouse. Provided reports to the district attorney and deposition testimony in a related civil matter.

Testified as to damages suffered by a hospital as a result of non-staff physicians being allowed to lease space in an adjacent medical building in violation of a ground lease.

Provided deposition testimony related to a $600 million claim for damages due to the alleged mismanagement of an insurance company.

Testified concerning the financial management of a tool distribution business.

Served as the sole independent arbitrator in a dispute over the proper accounting for certain transactions in connection with an asset purchase agreement

Served as an independent arbitrator in a dispute between publishing companies over the sale of a line of books.

Testified as to transfer pricing and profits of a division of a computer equipment company in a dispute over a profit sharing agreement.

Provided deposition testimony on business interruption damages related to a fire which impaired the administrative support capabilities of a diving equipment company.

Analyzed lost production and profits for plaintiff relating to defective equipment supplied to a zinc galvanizing business.

Analyzed damages related to a lost athletic endorsement in a breach of contract case.

Performed a fraud audit on behalf of plaintiff bank in a bankruptcy action. Analyzed the accounting records of ten related party entities and thousands of transactions between those entities to establish misuse of bank loan proceeds and check kiting.

**Selected
Professional
and Business
Experience
(continued)**

Analyzed the cash flow and operating performance of a radio station in connection with a dispute between former and current stockholders.

**General Consulting**

Directed a project to design a new chart of accounts which would meet management information reporting requirements for the Port of Los Angeles.

Participated in a diagnostic review project to assess the profitability and effectiveness of a manufacturing company's business operation.

Managed a project to define user requirements and evaluate software and hardware implementation alternatives for a grower and distributor of container nursery products. The project scope included all the company's major information systems: order processing, inventory and accounting.

Managed a project to define system requirements and develop a conceptual design for a "standard" port industry financial system. The development of this "industry standard" design involved the direct participation of 14 port authorities and a survey of all U.S. port authorities. The project scope included the following financial systems: accounts receivable, accounts payable, billing, budgeting, fixed assets, work order/job costing and general ledger.

Managed a study to assess the feasibility of implementing a cargo clearing system for two Southern California ports.

Designed and managed the implementation of a work order system for a municipal water and electric utility. The system is a project management and cost control system, and includes features supporting productivity management, scheduling, engineering design and financial reporting.

Designed and managed the implementation of a system encompassing the major business functions of a nursery grower and wholesaler with national distribution. The system included order processing, inventory control, product packaging, shipping, billing and sales analysis.

Documented and reviewed the effectiveness of an on-line order entry/inventory control system for a tire distribution company.

Assisted in the design of an order processing and accounts receivable system for a small newspaper publishing firm. Project scope included development of management control objectives, workflow simplification, forms and reports design, and development of a user procedures manual.

Comprehensive audit experience for a wide variety of clients, including manufacturing, construction, government contracting, computer peripherals and franchising.

| | |
|---|---|
| **Professional and Business Affiliations** | Certified Public Accountant, State of California<br>Certified Fraud Examiner<br>Institute of Industrial Engineers<br>American Production and Inventory Control Society<br>American Institute of Certified Public Accountants<br>California Society of CPAs<br>American Arbitration Association's Panel of Arbitrators<br>Orange County Bankruptcy Forum<br>Association of Insolvency Accountants |

**Speeches**

"Price Waterhouse on Proving Damages" presented to the Business Litigation Section of the Orange County Bar Association (March 1987).

"Determining Business Interruption Damages" presented to the Annual Conference of the National Association of Public Insurance Adjustors (June 1987).

"Attacking and Defending Financial Projections" presented to the Bankruptcy section of the Orange County Bar Association (April, 1991)

"Environmental Accounting Issues and Challenging Costs Under CERCLA" presented to the Environmental Section of the Orange County Bar Association (June, 1993).

"Approaches to Calculating Damages in Commercial Litigation" presented to the California Society of CPA's and various law firms.

"Assessing Patent Infringement Damages" presented to the U.C. San Diego College of Law (various times since 1994).

"Valuation of Intellectual Property Rights - Royalty Rates:  What's Reasonable?" presented to the Orange County and San Diego chapters of the Licensing Executives Society and the U.C. San Diego College of Law (September and October 1995).

"Valuing Intellectual Property - Is Reasonableness in the Eye of the Beholder?" presented at the Intellectual Property Leadership Forum, Phoenix, Arizona (February 1996).

"Comparing the Methods Different Industries Use to Value Their Technology" discussion leader for Orange County Licensing Executives Society (May 1996).

"Copyrights, Trademarks and Patents in Bankruptcy Relating the Intangible to the Incomprehensible", Orange County Bankruptcy Forum panel (October 1996).

"Optimizing the Value of Intellectual Property", Harvard Business School 13th Annual Entrepreneurs Conference (May 1997).

"State Street Bank - The Next Wave in IP Litigation?" moderator at the Intellectual Property Leadership Forum, Tucson, Arizona (February 1999).

## CITATIONS FOR CASES IN WHICH
## ROBERT S. KNUDSEN HAS TESTIFIED

| | |
|---|---|
| **Case Title:** | Panko v. Lynd |
| **Case Filed:** | Texas State Court |
| **Year:** | 2004 |
| **Testimony:** | Deposition |

| | |
|---|---|
| **Case Title:** | Islands of Johnston Creek v. Wells Fargo |
| **Case Filed:** | Santa Ana, CA -- Superior Court |
| **Year:** | 2004 |
| **Testimony:** | Deposition |

| | |
|---|---|
| **Case Title:** | Thomason v. Photon Dynamics |
| **Case Filed:** | Santa Ana, CA -- Superior Court |
| **Year:** | 2004 |
| **Testimony:** | Deposition |

| | |
|---|---|
| **Case Title:** | Muncie v. Cox Enterprises |
| **Case Filed:** | Louisiana State Court |
| **Year:** | 2004 |
| **Testimony:** | Deposition |

| | |
|---|---|
| **Case Title:** | Maisonette v. Comcast |
| **Case Filed:** | Maryland State Court |
| **Year:** | 2004 |
| **Testimony:** | Deposition |

| | |
|---|---|
| **Case Title:** | Murrietta Car Wash v. North County Bank |
| **Case Filed:** | Santa Ana, CA – Superior Court |
| **Year:** | 2004 |
| **Testimony:** | Deposition and Trial |

| | |
|---|---|
| **Case Title:** | Pegasus Aviation v. Wagner Aeronautical, Inc. |
| **Case Filed:** | Tucson, AZ – State Court |
| **Year:** | 2003 and 2004 |
| **Testimony:** | Deposition and Trial |

| | |
|---|---|
| **Case Title:** | Bay 101 v. City of San Jose |
| **Case Filed:** | San Jose, CA – Superior Court |
| **Year:** | 2003 and 2004 |
| **Testimony:** | Deposition and Trial |

| | |
|---|---|
| **Case Title:** | Entrepreneur Media v. Entrepreneur PR |
| **Case Filed:** | Central District of California – Federal Court |
| **Year:** | 2003 |
| **Testimony:** | Trial |

| | |
|---|---|
| **Case Title:** | Richard Liggett v. Snell & Wilmer |
| **Case Filed:** | Santa Ana, CA – Superior Court |
| **Year:** | 2003 |
| **Testimony:** | Deposition |

**Case Title:**   ITT v. Alcatel
**Case Filed:**   Northern District of California – Federal Court
**Year:**   2003
**Testimony:**   Deposition

---

**Case Title:**   Long Machine v. Larson Electrical Company
**Case Filed:**   Santa Ana, CA – Superior Court
**Year:**   2002
**Testimony:**   Deposition

---

**Case Title:**   MRI Management Services, Inc. v. MR Partners, Inc.
**Case Filed:**   Santa Ana, CA – Superior Court
**Year:**   2002
**Testimony:**   Trial

---

**Case Title:**   The Travis Group, LLC v. Rex T. Jones
**Case Filed:**   Arbitration - California
**Year:**   2002
**Testimony:**   Trial

---

**Case Title:**   International Bay Clubs, Inc. v. PacPro LLC
**Case Filed:**   Santa Ana, CA – Superior Court
**Year:**   2002
**Testimony:**   Deposition

---

**Case Title:**   Bay 101 v. City of San Jose
**Case Filed:**   Arbitration – San Jose, CA
**Year:**   2002 and 2001
**Testimony:**   Deposition and Trial

---

**Case Title:** Senior Systems Technology v. JDO & Awsociates//D&D Commercial Construction, Guy Yocum Construction Inc.

**Case Filed:** Los Angeles, CA – Superior Court

**Year:** 2001

**Testimony:** Deposition

---

**Case Title:** ADCS v. Air Products

**Case Filed:** Austin, TX – Federal Court

**Year:** 2001

**Testimony:** Deposition

---

**Case Title:** InforMINS v. Digital Lighthouse

**Case Filed:** Arbitration - California

**Year:** 2001

**Testimony:** Deposition and Trial

---

**Case Title:** Bahat v. New Horizons

**Case Filed:** Arbitration - California

**Year:** 2001

**Testimony:** Trial

---

**Case Title:** American Guarantee & Liability Insurance Company v. Ingram Micro

**Case Filed:** Tucson, AZ – State Court

**Year:** 2001

**Testimony:** Deposition

---

| | |
|---|---|
| **Case Title:** | TypeRight v. Microsoft |
| **Case Filed:** | San Diego, CA - Federal Court |
| **Year:** | 2000 |
| **Testimony:** | Deposition |

| | |
|---|---|
| **Case Title:** | Keith Lattie v. First American Title Insurance Co. |
| **Case Filed:** | San Bernardino, CA - Superior Court |
| **Year:** | 2000 |
| **Testimony:** | Deposition |

| | |
|---|---|
| **Case Title:** | Suburban Cable Class Action |
| **Case Filed:** | Philadelphia, PA - State Court |
| **Year:** | 2000 |
| **Testimony:** | Trial |

| | |
|---|---|
| **Case Title:** | Simple Technology, Inc. v. Dense-Pac Microsystems, Inc. |
| **Case Filed:** | Santa Ana, CA - Superior Court |
| **Year:** | 2000 |
| **Testimony:** | Deposition |

| | |
|---|---|
| **Case Title:** | AES Corporation v. Tosco Corporation |
| **Case Filed:** | Los Angeles, CA - Superior Court |
| **Year:** | 2000 |
| **Testimony:** | Deposition and Trial |

| | |
|---|---|
| **Case Title:** | Mosaic Semiconductor, Inc., et al. v Austin Semiconductor, Inc., et al. |
| **Case Filed:** | Los Angeles, CA - Superior Court |
| **Year:** | 2000 |

**Sportvision, Inc. v. SportsMEDIA Technology Corporation**
**Sportvision Lost Profits based on Two-Year ABC Contract**
**Exhibit B**

|  | Per Game | Total [1] |
|---|---|---|
| Revenue | $ 20,000 | $ 880,000 |
| Cost [2] | $ 6,551 | $ 288,226 |
| Profit | $ 13,449 | $ 591,774 |
| Profit % | 67% | 67% |

[1] Based on 44 Games (22 for 2004/2005 Season and 22 for the 2005/2006 Season)
[2] See Exhibit C

**Sportvision, Inc. v. SportsMEDIA Technology Corporation**
**Costs per Game**
**Exhibit C**

| | |
|---|---:|
| **Direct Labor:** | |
| SV Technicians | 400 |
| # of Technicians | 3 |
| Days Paid per Event | 3 |
| Total | $   3,600 |
| Benefits | 8% |
| Total | $   3,888 |
| | |
| SV Regional Technician | 200 |
| # of Technicians | 1 |
| Days Paid per Event | 2 |
| Total | $     400 |
| | |
| **Equipment:** | |
| Equipment Shipping Expense | 800 |
| Number of Events Per Year | 22 |
| Total Shipping | $      36 |
| | |
| Cost of an HD 1st and Ten System [1] | 64,076 |
| Cost of a Telestration System [1] | 10,710 |
| Cost of a Stromotion System [1] | 13,010 |
| Standard useful life of SV Systems (Years) | 3 |
| Number of events per year average system is utilized [2] | 22 |
| Total Cost of Equipment Per Game | $   1,330 |
| | |
| **Revenue Share to Dartfish per Event:** | |
| Stromotion Revenue | 2000 |
| Technician Cost Allocated to Stromotion [5] | (600) |
| Equipment Rental | (250) |
| Stomotion Profit | 1,150 |
| 50% Allocation to Dartfish | 0.5 |
| Total Fees to Dartfish | $     575 |
| | |
| **Other:** | |
| Telecommunications [3] | $      44 |
| Consumable Supplies [4] | $     277 |
| Total | $     321 |
| | |
| **Total Costs Per Game:** | $   6,551 |

[1] Based on Bill of Materials
[2] Based on number of games handled by MNF truck (21 MNF and 1 BCS game)
[3] Two-thirds of technicians's cell phone bill covered by Sportsvision ($80/month) for 6
    months of the year divided by 22 games times 3 technicians is $44 per game
[4] Approximately $83,000/year of Consumable Supplies is related to football
    divided by 300 games per year is $277 per game
[5] SV technician wages of $1,200 per event times 50%

# Sportvision, Inc.
## 2004 Income Statement
### (unaudited)

CONFIDENTIAL
ATTORNEYS EYES ONLY
SVTN 4205

| | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | *2004 Actual* | | | | | | | |
| Football Revenue | 288,119 | 34,641 | 449,991 | 260,000 | 305,00 | 369,471 | 311,422 | 1,356,967 | 783,086 | 823,661 | 763,911 | 692,667 | 3,521,081 |
| Motorsports Revenue | 22,660 | 336,352 | 233,231 | 180,000 | 247,500 | 250,447 | 274,326 | 460,645 | 420,691 | 584,501 | 327,178 | 137,957 | 4,016,498 |
| Baseball Revenue | 10,000 | | | 57,000 | 68,500 | | 324,675 | 324,675 | 272,904 | 136,555 | | 2,451 | 1,709,099 |
| Golf Revenue | 49,000 | 138,000 | 76,000 | | 1,050 | 1,200 | 28,144 | 98,778 | 2,400 | 19,000 | 84,900 | 71,200 | 276,978 |
| Interactive Revenue | 52,850 | 3,000 | 3,000 | | | | | | | 67,700 | 50,000 | | |
| Horseracing Revenue | | | | | | | | | | | | 6,857 | 8,852 |
| New Harvest/Other Revenue | 18,000 | 20,000 | | | | | | | | | | 908,690 | 469,752 |
| **Total Revenues** | 387,779 | 551,843 | 549,222 | 527,040 | 622,560 | 621,118 | 626,390 | 251,075 | 159,795 | 1,643,141 | 1,234,340 | 10,584,992 | |
| **Direct Expenses** | | | | | | | | | | | | | |
| Wage Expense-Variable | 72,623 | 92,059 | 82,583 | 83,542 | 110,203 | 103,515 | 127,674 | 160,052 | 221,291 | 201,450 | 156,060 | 115,312 | 1,536,374 |
| Employee Benefits | 5,816 | 5,818 | 6,661 | 8,816 | 8,281 | 8,281 | 10,214 | 12,805 | 17,703 | 16,116 | 12,455 | 9,225 | 232,910 |
| Licensing Fees | 54,641 | 72,192 | 56,632 | 47,765 | 46,385 | 47,200 | 55,282 | 71,996 | 78,072 | 56,158 | 57,442 | 7,422 | 692,924 |
| Telecommunications | | 58,598 | 9,750 | 9,757 | 84,080 | 25,455 | 80,855 | 10,052 | 17,703 | 139,777 | 73,966 | 20,268 | 950,885 |
| Equipment Rental | 24,163 | 9,139 | 4,343 | 9,359 | 5,011 | 16,247 | 4,432 | 9,095 | 19,575 | 10,271 | 8,295 | 246 | 100,705 |
| Subcontractors | 2,425 | 2,425 | 9,750 | 7,580 | 4,187 | 7,209 | 20,085 | 9,578 | 19,578 | 6,295 | 3,351 | 5,652 | 246 |
| Consumable Supplies | 1,422 | 2,538 | 1,590 | 1,500 | 7,707 | 2,106 | 7,444 | 7,303 | 4,398 | 12,428 | 5,350 | 67,605 | |
| Revenue Share | 18,109 | 18,598 | 13,126 | 18,234 | 30,637 | 36,613 | 35,347 | 16,433 | 81,516 | | | | |
| | | 14,285 | 5,554 | (193) | 46,668 | 575,099 | 16,151 | 13,900 | 27,175 | 289,252 | | | |
| **Total Direct Expenses** | 202,377 | 287,431 | 303,603 | 257,057 | 293,676 | 320,461 | 398,965 | 501,175 | 540,901 | 390,240 | 287,353 | 4,157,173 | |
| **Direct Profit/(Loss)** | 185,402 | 274,412 | 245,529 | 269,428 | 328,704 | 300,657 | 229,427 | 697,880 | 1,128,702 | 1,102,240 | 844,100 | 624,137 | 6,227,820 |
| **Indirect Expenses** | | | | | | | | | | | | | 1,800 |
| Wage Expense-Fixed | 508,458 | 354,257 | 272,851 | 374,246 | 272,270 | 366,400 | 364,200 | 1,800 | 272,208 | 354,356 | 349,147 | 1,800 | 4,705,243 |
| Employee Benefits | 91,711 | 69,562 | 54,914 | 52,110 | 49,946 | 49,946 | 368,398 | 368,398 | 26,000 | 58,158 | 41,597 | 87,605 | 620,859 |
| Rent Expense | 28,282 | 29,746 | 28,882 | 23,882 | 22,377 | 22,377 | 46,499 | 72,363 | 27,527 | 37,582 | 55,617 | 55,617 | 289,927 |
| Insurance Expense | 20,686 | 23,896 | 25,219 | 25,133 | 25,287 | 25,455 | 22,727 | 22,726 | 22,727 | 27,527 | 23,411 | 9,396 | 591,617 |
| Utilities Expense | 2,050 | 975 | 6,893 | 6,887 | 5,229 | 6,445 | 7,491 | 6,616 | 4,656 | 5,466 | 4,225 | 11,897 | 76,200 |
| Janitorial & Other Occup. | 2,301 | 2,479 | 2,488 | 4,610 | 9,747 | 2,106 | 2,026 | 2,061 | 5,080 | 2,502 | 145,382 | 26,960 | |
| Travel Expenses | 48,590 | 66,795 | 56,341 | 48,317 | 44,977 | 45,386 | 56,690 | 69,785 | 72,699 | 73,966 | 62,000 | 721,694 | |
| Site Related Expenses | 18,441 | | 21 | | | | | | | | | | 779 |
| Professional Fees | 9,646 | 15,995 | 9,511 | 22,333 | 10,726 | 8,723 | 24,977 | 17,991 | 21,391 | 12,334 | 21,858 | 202,980 | |
| Patent Fees | 8,699 | 7,628 | 8,339 | 18,695 | 7,149 | 22,931 | 59,920 | 66,875 | 28,833 | 41,716 | 44,120 | 305,974 | |
| Taxes | 13,269 | 10,718 | 9,984 | 10,867 | 18,851 | 8,693 | 8,469 | 9,149 | 8,363 | 8,163 | 9,169 | 114,355 | |
| Telecommunications | 2,301 | 13,517 | 9,422 | 9,527 | 10,523 | 13,160 | 7,001 | 8,471 | 16,066 | 9,996 | 6,532 | 124,231 | |
| Other Office Expense | 975 | 6,544 | 7,928 | 15,333 | 9,747 | 6,793 | 6,289 | 5,080 | 4,346 | 68/803 | | | |
| Advertising & Promotions | 4,500 | 4,750 | 6,891 | 4,610 | 10,455 | 9,747 | 4,500 | 4,883 | 5,466 | 8,348 | 66,803 | | |
| Trade Publications | 4,500 | 2,624 | 2,488 | 247 | 38 | 267 | 4,500 | 267 | 4,500 | 6,256 | | | |
| Equipment Rental | 7,915 | 1,013 | 8,671 | 2,979 | 1,911 | 3,026 | 595 | 519 | 443 | 519 | 36,635 | | |
| Subcontractors | 16,303 | 7,823 | 13,930 | 33,472 | 20,262 | 32,706 | 42,885 | 42,885 | 44,294 | 49,624 | 37,157 | 118,159 | |
| Board/Mgmt Meetings | 31,725 | 4,447 | | | | 1,856 | | 695 | (1,809) | | | 12,047 | |
| Contractor Expense | 6,935 | 23,831 | 567 | (372) | 977 | 250 | 822 | 1,261 | | 297 | 11,610 | |
| Maintenance & Other | 925 | 3,683 | 334 | 156 | 167 | 167 | 167 | 167 | 5,654 | 309 | 36 | 12,047 | |
| Office Postage | 1,760 | 2,081 | 3,300 | 3,117 | 3,215 | 3,932 | 2,173 | 7,089 | 2,400 | 1,595 | 1,578 | (15) | 37,139 |
| Training | | 311 | | | | | | | 6,750 | 4,500 | | 1,395 | |
| Other Expense | | | | | | | | | 17,430 | 6,750 | (200) | | |
| Discontinued Operations | | (10,607) | (23,500) | 5,132 | 1,718 | 11,654 | 17,430 | | (41,008) | (54,094) | 6,750 | | (116,159) |
| NY Office Closing Expense | 14,984 | 274,867 | (44,937) | (46,589) | (38,660) | (33,181) | (20,266) | | | | | 123,820 | |
| **Total Indirect Expenses** | 818,357 | 915,399 | 559,254 | 594,399 | 581,734 | 362,471 | 683,492 | 669,658 | 493,044 | 403,390 | 636,865 | 711,754 | 7,831,924 |
| **EBITDA** | (632,955) | (640,987) | (313,725) | (324,971) | (253,030) | (61,814) | (369,836) | (20,260) | 493,044 | 699,340 | 636,865 | (90,416) | (1,604,105) |
| Depreciation Expense | 142,971 | 131,960 | 112,906 | 112,608 | 108,364 | 106,894 | 84,181 | 14,388 | 79,346 | 81,630 | 79,321 | 87,605 | 1,204,508 |
| Amortization Exp-Intangibles | 55,024 | 55,279 | 55,268 | 55,608 | 55,617 | 55,617 | 55,617 | 11,368 | 55,617 | 55,617 | 55,617 | 55,617 | 667,402 |
| Interest Expense | 204,152 | 6,071 | 5,326 | 10,455 | 11,068 | 10,071 | 8,254 | 144,237 | 13,035 | 11,897 | 10,444 | 9,396 | 113,387 |
| | | 193,309 | 174,500 | 178,201 | 175,083 | 172,582 | 148,032 | 144,237 | 147,598 | 169,144 | 145,382 | 152,618 | 1,985,239 |
| **Net Profit/(Loss)** | (837,107) | (834,296) | (488,225) | (503,172) | (428,113) | (234,397) | (517,868) | (129,849) | 311,046 | 253,757 | 61,916 | (243,034) | (3,589,344) |

## Cost Assumptions

| Assumptions | | Notes |
|---|---|---|
| # Labor | | |
| SV Technician Rate per day | $ 400 | Standard SV day rate |
| Regional Technician Rate per day | $ 200 | Standard SV day rate |
| # SV Technicians per Event | 3 | Two traveling technicians for 1st & Ten, one AP for Tele and Stereo |
| # Regional Technicians per Event | 1 | One local Technician |
| # Days SV Technicians Paid per Event | 3 | Full rate Sun/Mon, Half Rate Fri/Tues for travel |
| # Days Regional Technicians Paid per Event | 2 | Full rate Sun/Mon |
| Airfare/Rental Car/Hotel/Per Diem | $ | All T&E costs are reasonability of ABC per proposal |
| | | |
| ...pment Shipping Expense (one round trip per Season) | $ 800 | Per SCS shipping bills |
| Equipment | $ 84,078 | Per SV PDM |
| Cost of an HD 1st and Ten System | $ 10,710 | SV estimate, BDM to follow |
| Cost of a Telestration System | $ 13,010 | SV estimate, BDM to follow |
| Cost of a Skycam System | | All asset are depreciated over 36 months |
| Standard useful life of SV Systems | 3 years | |
| Number of events per year avg system is utilized | 26 | Internal SV estimate |
| | | |
| Skycam Revenue Share per Event (to DanSun) | $ 575 | ($2,000 rev - (50% x AP wages $1,200) - $250 Equipment rental) x 50% |

## Revenue Assumptions

| | | |
|---|---|---|
| SV Revenue per MNF Game | $ 20,000 | HD 1st and Ten System, with Telestrator and Skycam per SV Proposal |
| Number of Games per season | 22 | 21 NFL games (2 Preseason, 2 Postseason, 18 Regular Season, one BCS CFB) |
| Number of seasons in SV Proposal | 3 | |
| SM Revenue per MNF Contract | $ 1,200,000 | |
| Number of years in SM Contract | 2 | |

CONFIDENTIAL
ATTORNEYS EYES ONLY
SVTN 4206

| StroMotion System BOM | | | Qty./sys | | $ ea. | extended |
|---|---|---|---|---|---|---|
| 01-0320-00 | | | | Assy, F11 SD System | | |
| | 02-0331-00 | . | 1 | Assy, F11 SD Rack | | |
| | | 62-0319-00 | 1 | Assy, F11 computer | $3,449.00 | $   3,449.00 |
| | | see descrip | 1 | AJA D5CE Digital D to A converter | $  262.50 | $     262.50 |
| | | see descrip | 1 | AJA D10C2 Digital D to A converter | $  437.50 | $     437.50 |
| | | | 1 | Optibase Videopump video card | $2,400.00 | $   2,400.00 |
| | | | 2 | Seagate 146.8GB, 10,000rpm, Ultra320 SCSI LVD 68-pin 3.5" low profile internal hard drive | $  749.00 | $   1,498.00 |
| | | | 1 | Adaptec 2010S RAID card | $  255.00 | $     255.00 |
| | | | 1 | Custom made U320 SCSI cable | $   45.00 | $      45.00 |
| | | | | | | |
| | | 07-0329-00 | 1 | Cable Set, internal - F11 SDI Computer | $   31.25 | $      31.25 |
| | | 06-0322-00 | 1 | Panel , modified - floppy filler | $    6.00 | $       6.00 |
| | | 06-0323-00 | 1 | Panel, F11 PTZ/Power Supply | $   18.22 | $      18.22 |
| | | 06-0324-00 | 1 | PANEL, I/O -F11 POSITION 1 | $    3.50 | $       3.50 |
| | | 06-0325-00 | 1 | PANEL, I/O -F11 POSITION 2 | $    3.50 | $       3.50 |
| | | 06-0326-00 | 1 | PANEL, I/O -F11 POSITION 7 | $    3.50 | $       3.50 |
| | | see descrip | 1 | Clip, power cord retainer - Digikey # | $    2.50 | $       2.50 |
| | | | 4 | NTSC monitor, Sony | $  768.00 | $   3,072.00 |
| | | | | | | $ |
| | 02-0332-00 | | 1 | Kit, F11 SD Case 6 | $  650.00 | $     650.00 |
| | | | 1 | Computer shipping case | $  360.00 | $     360.00 |
| | | see descrip | 1 | 17" NEC monitor #LCD1760VM-BK | $  488.00 | $     488.00 |
| | | see descrip | 1 | 101 keyboards | $   20.00 | $      20.00 |
| | | | 1 | Wheel mouse | $   28.99 | $      28.99 |
| | | | | **TOTAL** | | $ 13,010.46 |

CONFIDENTIAL
ATTORNEYS EYES ONLY
SVTM 4207

| Assy Telestrator System BOM (2004) | | Qty/sys | | $ ea. | | extended | |
|---|---|---|---|---|---|---|---|
| 01-0491-00 | | | | | | | |
| | 82-0319-00 | 1 | Assy, F11 computer | $ | 3,449.00 | $ | 3,449.00 |
| | see descrip | 1 | AJA D5DA  DA | $ | 203.00 | $ | 203.00 |
| | see descrip | 1 | AJA ZXS-22V-000  SD Video card | $ | 1,390.00 | $ | 1,390.00 |
| | 03-0311-00 | 1 | Assy, Watchdog | $ | 87.58 | $ | 87.58 |
| | 07-0329-00 | 1 | Cable Set, internal - F11 SDI Computer | $ | 31.25 | $ | 31.25 |
| | 06-0323-00 | 1 | Panel, F11 PTZ/Power Supply | $ | 18.22 | $ | 18.22 |
| | 06-0324-00 | 1 | PANEL, I/O -F11 POSITION 1 | $ | 3.50 | $ | 3.50 |
| | 06-0325-00 | 1 | PANEL, I/O -F11 POSITION 2 | $ | 3.50 | $ | 3.50 |
| | 06-0326-00 | 1 | PANEL, I/O -F11 POSITION 7 | $ | 3.50 | $ | 3.50 |
| | see descrip | 1 | Clip, power cord retainer - Digikey # | $ | 2.50 | $ | 2.50 |
| | | 1 | GB of extra RAM | $ | 370.00 | $ | 370.00 |
| | | 1 | GeForce 5950 Ultra VGA card | $ | 440.00 | $ | 440.00 |
| | | | | $ | | $ | - |
| | | 1 | Jerry Box (booth interface box) | $ | 1,450.00 | $ | 1,450.00 |
| | | 1 | Elo touchscreen | $ | 750.00 | $ | 750.00 |
| | | 1 | Small touchscreen | $ | 300.00 | $ | 300.00 |
| | | 1 | Balun | $ | 10.00 | $ | 10.00 |
| | | 1 | DSL modem (Black Box LR0020A-KIT-R2)*** | $ | 650.00 | $ | 650.00 |
| | | 1 | Ethernet 5 port switch | $ | 25.00 | $ | 25.00 |
| | | | | $ | | $ | - |
| | 02-0332-00 | 1 | Kit, F11 SD Case 6 | $ | 650.00 | $ | 650.00 |
| | | 1 | Computer shipping case | $ | 360.00 | $ | 360.00 |
| | see descrip | 1 | 17" NEC monitor  #LCD1760VM-BK | $ | 466.00 | $ | 466.00 |
| | see descrip | 1 | 101 keyboards | $ | 20.00 | $ | 20.00 |
| | | 1 | Wheel mouse | $ | 28.99 | $ | 28.99 |
| | | | TOTAL | | | $ | 10,710.04 |

CONFIDENTIAL
ATTORNEYS EYES ONLY
SVTM 4208

**F11 HD System Bill of Materials**

| Part No. | Qty./sys | Description | $ ea. | extended |
|---|---|---|---|---|
| 01-0320-02 | | Assy, F11 SD System | | |
| 02-0331-02 | | Assy, F11 SD Rack | | |
| | 2 | Rack Frame, 13RU  (22 1/4W x 31DPx 26 3/4 HI) | $800.00 | $1,600.00 |
| 62-0319-02 | 4 | Assy, F11 HD computer | $3,449.00 | $13,796.00 |
| 02-0321-00 | 4 | Assy, Demod/Watchdog | | |
| 03-0310-00 | 4 | Assy, VU PCB | $59.00 | $236.00 |
| 03-0011-00 | 4 | Assy, Demodulator PCB (modified) | $300.00 | $1,200.00 |
| 07-0327-00 | 4 | CABLE, F11 DEMOD TO VU (solder to 03-0011-00 per dwg.) | $30.00 | $120.00 |
| 03-0311-00 | 4 | Assy, Watchdog Timer PCB | $87.58 | $350.32 |
| 06-0315-00 | 4 | Bracket, F11 Demod board | $10.23 | $40.92 |
| 06-0316-00 | 4 | Bracket, F11 Watchdog board | $9.47 | $37.88 |
| see descrip | 4 | Relay, video -- Teledyne CCR-33S30 -- solder to W/D, J8 | $86.00 | $344.00 |
| see descrip | 8 | Screw, 4-40 x 3/4 pan head phillips w/ kapnuts for relay. (nuts up) | $0.04 | $0.32 |
| see descrip | 4 | Alarm, audio -- RadioShack # 273-059 -- manco tape and solder to W/D, J4 | $3.50 | $14.00 |
| see descrip | 56 | Screw, 4-40x3/16 pan head phillips, with split locks | $0.04 | $2.24 |
| see descrip | 4 | Switch, pushbutton- Red LED -- NKK Switches # KB15SKW015CJB | $7.41 | $29.64 |
| see descrip | 4 | Switch, pushbutton- Green LED -- NKK Switches # KB15SKW015FJB | $7.41 | $29.64 |
| 44-0213-00 | 8 | Receptacle, Dzus Fastener | $0.88 | $7.04 |
| 44-0214-00 | 8 | Stud, Dzus Fastener | $0.88 | $7.04 |
| see descrip | 8 | AJAHD10MD3 Digital D to A converter | $1,393.00 | $11,144.00 |
| see descrip | 4 | AJA ZXH11A000 Digital Framestore Card | $2,093.00 | $8,372.00 |
| see descrip | 3 | AJA HD50A | $276.50 | $829.50 |
| see descrip | 1 | Velcro, 1" wide | $2.00 | $2.00 |
| 06-0317-00 | 8 | Bracket, F11 Demod slide | $3.77 | $30.16 |
| see descrip | 16 | Screw, 6-32x3/8 pan head phillips, with int. tooth locks (for 06-0317-00) | $0.04 | $0.64 |
| 07-0329-00 | 4 | Cable Set, internal - F11 SDI Computer | $31.25 | $125.00 |
| 06-0322-00 | 4 | Panel , modified - floppy filler | $6.00 | $24.00 |
| 06-0323-00 | 4 | Panel, F11 PTZ/Power Supply | $18.22 | $72.88 |
| 06-0324-00 | 4 | PANEL, I/O -F11 POSITION 1 | $3.50 | $14.00 |
| 06-0325-00 | 4 | PANEL, I/O -F11 POSITION 1 | $3.50 | $14.00 |
| 06-0325-00 | 4 | PANEL, I/O -F11 POSITION 7 | $3.50 | $14.00 |
| 06-0326-00 | 4 | Clip, power cord retainer - Digikey # | $2.50 | $10.00 |
| see descrip | 8 | Female lock sets (for TD switch DB9_) | $0.20 | $1.60 |
| 07-0337-00 | 1 | Cable Set, F11 Matte to Switch  (labor. Parts listed separately) | $40.00 | $40.00 |
| 07-0330-00 | 3 | Cable Set, F11 Computer/KVM Switch (labor. Parts listed separately) | $40.00 | $120.00 |
| see descrip | 1 | modified KVM switch -- Black Box Servswitch Jr. 4 port #SW622A-R2 | $367.63 | $367.63 |
| see descrip | 3 | KVM/computer cable assy. #EHN151-0005 | $44.59 | $133.77 |
| 06-0338-00 | 4 | "T" bracket, F11 rack frame | $6.00 | $24.00 |
| see descrip | 1 | Ethernet Switch, 5 port -- Unicom Microswitch 5  # PEP-32005T-1 | $25.00 | $25.00 |
| see descrip | 4 | Ethernet cable 7' -- HOB Electronics off the shelf | $0.75 | $3.00 |
| see descrip | 1 | power strip | $22.00 | $22.00 |
| see descrip | 2 | 117V "Y" power cables | $5.62 | $11.24 |
| see descrip | 1 | Serial cable 6' (matte to router) -- Pan Pacific #S-9FF-6 | $5.00 | $5.00 |
| see descrip | 1 | Leitch Router | $4,600.00 | $4,600.00 |
| 06-0318-00 | 1 | Tray, F11 KVM/Switch | $53.55 | $53.55 |
| see descrip | 8 | 10-32 Rack Clips | $0.50 | $4.00 |
| see descrip | 1 | 1/2" Split Loom | $1.80 | $1.80 |
| see descrip | 5 | label, property - black | $4.00 | $20.00 |
| see descrip | 4 | label, HD | $3.00 | $12.00 |
| 06-0336-01 | 1 | Bar, F11 Slide bracket clamp - left hand | $20.00 | $20.00 |
| 06-0336-02 | 1 | Bar, F11 Slide bracket clamp - right hand | $20.00 | $20.00 |
| see descrip | 1 | Null modem adapter (for Leitch switch) | $2.50 | $2.50 |
| 02-0332-00 | 1 | Kit, F11 Case 6 | | |
| 02-0333-00 | 1 | Assy,  F11 KVM Remote Switch (labor. Parts listed separately) | $75.00 | $75.00 |
| see descrip | 1 | Hammond 1590A enclosure | $6.00 | $6.00 |
| see descrip | 1 | 1/2" ground lug | $0.20 | $0.20 |
| see descrip | 1 | JJE-PGR-7FLEX-GY-1  Strain Relief w/ nut | $1.50 | $1.50 |
| see descrip | 4 | NKK Switch #KB15SKW01-00-JB | $5.50 | $22.00 |
| see descrip | 1 | 2.5' Cable, Molded DB9 | $2.50 | $2.50 |
| see descrip | 1 | Velcro | $1.00 | $1.00 |
| see descrip | 1 | 15" Flat Screen Monitor | $350.00 | $350.00 |
| see descrip | 1 | 17" NEC monitor #LCD1760VM-BK | $800.00 | $800.00 |
| see descrip | 2 | 101 keyboards | $20.00 | $40.00 |
| see descrip | 1 | Std. Mouse | $10.00 | $10.00 |
| see descrip | 1 | Wheel mouse | $28.99 | $28.99 |
| see descrip | 2 | KVM/remote 30' cable assy. #EHN409-0030 | $96.95 | $193.90 |
| see descrip | 1 | CompUSA #5014363 Matte mous extender | $23.34 | $23.34 |
| see descrip | 1 | Cable, 25' DB9-M/F extension for KVM remote | $7.00 | $7.00 |
| see descrip | 2 | Additional Cameras outfitted (beyond standard of 3 camera system) | $9,281.00 | $18,562.00 |
| | | TOTAL - 5 Camera HD System | | $64,675.74 |

CONFIDENTIAL
ATTORNEYS EYES ONLY
SVTM 4209

01/20/2005 THU 19:12 FAX                                                      🖾002/005

 *sportvision*

Date:        11/15/2004

1240 La Avenida
Suite C
Mountain View, CA 94043
(650) 961-7825 Fax (650) 961-0102

## Technician Timecard

| Employee | | |
|---|---|---|
| Name | Jeffrey H. Burg | City Washington |
| Address | 1221 24th Street NW #408 | State DC         ZIP    20037 |

Pay Period
From:   11/7/2004    To:   11/13/2004

Approved By

| Day | Date | Activity | Location | Per Diem | Rate | Total | | Job Number | |
|---|---|---|---|---|---|---|---|---|---|
| Sun | 11/07/04 | Game | SAN | 50.00 | 400.00 | 450.00 | SAN | 1 | 110704 | NFL |
| Mon | 11/08/04 | Travel | SAN | 50.00 | 200.00 | 250.00 | SAN | 1 | 110804 | NFL |
| Tues | 11/09/04 | | | | | | | | | |
| Wed | 11/10/04 | | | | | | | | | |
| Thur | 11/11/04 | | | | | | | | | |
| Fri | 11/12/04 | Travel | SFO | 50.00 | 200.00 | 250.00 | SFO | 1 | 111404 | NFL |
| Sat | 11/13/04 | Set | SFO | 50.00 | 400.00 | 450.00 | SFO | 1 | 111404 | NFL |
| | | | | $   200 | $  1,200 | $   1,400 | | | | |

1. Timesheets are to be submitted every Monday.
2. Timesheets are to be emailed to timecard@sportvision.com.
3. Incomplete and/or incorrect timesheets will be returned for resubmission.

CONFIDENTIAL
ATTORNEYS EYES ONLY
SVTM 4210

01/20/2005 THU 19:12 FAX                                    @003/005

# sportvision

Date:        11/15/2004

1240 La Avenida
Suite C
Mountain View, CA 94043
(650) 961-7825 Fax (650) 961-0102

## Technician Timecard

**Employee**

| Name | Jeffrey H. Burg | City | Washington | | |
|------|------|------|------|------|------|
| Address | 1221 24th Street NW #408 | State | DC | ZIP | 20037 |

**Pay Period**

From: 11/14/2004    To:   11/20/2004

Approved By: _K. Brwer_ (signature)

| Day | Date | Activity | Location | Per Diem | Rate | Total | | Job Number | | |
|------|------|------|------|------|------|------|------|------|------|------|
| X Sun | 11/14/04 | Game | SFO | 50.00 | 400.00 | 450.00 | SFO | 1 | 111404 | NFL |
| X Mon | 11/15/04 | Travel | SFO | 50.00 | 200.00 | 250.00 | SFO | 1 | 111404 | NFL |
| Tues | 11/16/04 | | | | | | | | | |
| Wed | 11/17/04 | | | | | | | | | |
| Thur | 11/18/04 | | | | | | | | | |
| Fri | 11/19/04 | Travel | CLT | 50.00 | 200.00 | 250.00 | CLT | 1 | 112104 | NFL |
| Sat | 11/20/04 | Set | CLT | 50.00 | 400.00 | 450.00 | CLT | 1 | 112104 | NFL |
| | | | | | | | | | | |
| | | | | $ 200 | $ 1,200 | $ 1,400 | | | | |

1. Timesheets are to be submitted every Monday.
2. Timesheets are to be emailed to timecard@sportvision.com.
3. Incomplete and/or incorrect timesheets will be returned for resubmission.

CONFIDENTIAL
ATTORNEYS EYES ONLY
SVTM 4211

01/20/2005 THU 19:12 FAX                                      Ø004/005

Name: Brian Amyx                    Date: 11/14/04
32421 Jean Dr.                      Show Code: SFO-1-111404-NFL
Union City CA 94587
(510)366-3157


Sportvision, Inc.
Attn: Rhonda Brewer

11/13/04      San Francisco, CA          $200.00
11/14/04      San Francisco, CA          $200.00
                         Total           $400.00

```
Approved:  R Brewer
Project: 02130
GL: 75020
Amount: $400.00
```

Date Received _____

Due Date _____

Amount Due _____

Approved By _____

Job _____

GL Acct # _____

Entered By _____

Entered Date ___12/10/04___

Check # _____

Check Date _____

CONFIDENTIAL
ATTORNEYS EYES ONLY
SVTM 4212

001/003



**SOS GLOBAL EXPRESS, INC.**
P.O. BOX 12307
NEW BERN, NC 28561-2307
PHONE #: 252-635-1400

| | |
|---|---|
| INVOICE # | :449652 |
| DATE | :12/12/04 |
| BILL TO REF | : |
| TOTAL PIECES | : 4 |
| ACTUAL WEIGHT | : 200 |
| VOLUME WEIGHT | : 0 |
| TOTAL CUBE | : |
| CUBE WEIGHT | : 0 |
| SERVICE LEVEL | :OverNight |
| DECLARED VALUE | : |
| CONSIGNOR'S COD | : |
| AUTH BY:BOB O'CONNELL | |

BILL TO PARTY:
SPORTVISION
1240 LA AVENIDA SUITE C
ATTN: ACCOUNTS PAYABLE

MOUNTAIN VIEW, CA 94043



SHIPPER
FEDEX FIELD
1600 RALJON
JR/SPORTVISION
LANDOVER MD 20785
SHIPPER REF:
TEL:760-855-5555

CONSIGNEE
GEORGIA DOME
ONE GEORGIA DOME DRIVE
FELICIA YUE/SPORTVISION
ATLANTA GA 30313
CONSIGNEE REF:

SPECIAL INSTRUCTIONS: DELIVER 10AM WEDNESDAY 12/15/04

| PIECES | DESCRIPTION OF GOODS | WEIGHT | DIMENSIONS |
|---|---|---|---|
| 4 | CAMERA EQUIPMENT | 200 | |

Date Received 1-3-05
Due Date
Amount Due 364
Approved By
Job 02130   TOTAL CHARGEABLE WEIGHT: 200

| TOTAL PIECES: | 4 | | CHARGES |
|---|---|---|---|
| DESCRIPTION | | GL Acct # 72220 | |
| Weight Charge | | | 230.00 USD |
| SPECIAL SUNDAY PICKUP | | Entered By | 100.00 |
| SPECIAL DELIVERY | | | 50.00 |
| FUEL SURCHARGE | | Entered Date 1/5/05 | 16.00 |
| SECURITY SURCHARGE | | | 10.00 |

Check #
Check Date

RECEIVED

NET: 7 DAYS   NO DISCOUNT.        ←— DETACH HERE —→      TOTAL CHARGES:      406.00  USD

CONFIDENTIAL
ATTORNEYS EYES ONLY
SVTM 4213