Scott D. Baker  (SBN 84923)
John P. Bovich  (SBN 150688)
Doyle B. Johnson (SBN 180348)
Kerry Hopkins  (SBN 219406)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     415.543.8700
Facsimile:     415.391.8269

Matthew H. Adler (*pro hac vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

Telephone:     215.981.4000
Facsimile:     215.981.4750

Attorneys for Defendant and Counterclaimant
SportsMEDIA Technology Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPORTVISION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SPORTSMEDIA TECHNOLOGY CORPORATION, <br><br> Defendant. <br><br>——————————————— <br><br> AND RELATED COUNTERCLAIM. | No.: CV-04-3115 JW <br><br> **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

*IT IS SO ORDERED*

*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Having considered Defendant and Counterclaimant SportsMEDIA Technology Corporation's

2   Administrative Request to File Documents Under Seal Pursuant to Local Rule 79-5, filed on

3   February 28, 2005, the Court HEREBY ORDERS that SportsMEDIA's motion is GRANTED.

4   Exhibits F, G and H to the Declaration of Kerry Hopkins in support of SportsMEDIA's Motion for

5   Determination of "Exceptional Case" Pursuant to 15 U.S.C. § 1117(a) shall be filed under seal.

6

7   DATED:  _9/1/05_____

8

9

10            _/s/ James Ware_____
              HONORABLE JAMES WARE
11            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware