1  Burt Magen, CA Bar No. 160,603
   VIERRA MAGEN MARCUS HARMON & DENIRO LLP
2  685 Market Street – Suite 540
   San Francisco, California 94105
3  Telephone: (415) 369-9660
4  Facsimile: (415) 369-9665

5  Laura L. Carroll (admitted *pro hac vice*)
   Merton Thompson (admitted *pro hac vice*)
6  Howard Susser (admitted *pro hac vice*)
   BURNS & LEVINSON LLP
7  125 Summer Street
   Boston, MA 02110
8  Telephone: (617) 345-3000
9  Facsimile: (617) 345-3299

10 Attorneys for Plaintiff
   SPORTVISION, INC.
11

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SPORTVISION, INC., | ) CASE NO. CV-04-3115 |
| Plaintiff, | ) |
| vs. | ) [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5 |
| SPORTSMEDIA TECHNOLOGY CORPORATION, | ) |
| Defendant. | ) |

28 [PROPOSED] ORDER GRANTING MISCELLANEOUS
   REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT
   TO LOCAL RULE 79-5
   C-04-3115 JW

Having considered Plaintiff Sportvision, Inc.'s ("Sportvision") Administrative Request to File Documents Under Seal Pursuant to Local Rule 79-5, filed on September 12, 2005, the Court HEREBY ORDERS that Sportvision's motion is GRANTED.  Portions of Sportvision's Opposition to SportsMEDIA Technology Corporation's Motion for a Determination of "Exceptional Case" Under 15 U.S.C. § 1117(a) and the documents attached as Exhibits C and D to the Declaration of Merton Thompson in support thereof shall be filed under seal.

Dated: Sept.13_____, 2005

By /s/ James Ware
The Honorable James Ware
United States District Judge