**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPORTVISION, INC., | NO. C 04-03115 JW |
| Plaintiff, | |
| v. | **ORDER DENYING SPORTSMEDIA'S MOTION FOR A DETERMINATION OF "EXCEPTIONAL CASE" UNDER 15 U.S.C. § 1117(a)** |
| SPORTSMEDIA TECHNOLOGY CORPORATION, | |
| Defendant. | |

On August 29, 2005, Defendant SportsMEDIA Technology ("SportsMEDIA") filed a Motion for a Determination of "Exceptional Case" under 15 U.S.C. § 1117(a). SportsMEDIA requests the Court to declare this case "exceptional" because Plaintiff Sportvision allegedly improperly asserted a fraudulently obtained trademark against SportsMEDIA. A hearing on SportsMEDIA's motion is set for October 3, 2005. However, the Court finds it appropriate to take the motion under submission without oral argument pursuant to Civil Local Rule 7-1(b). Based on the arguments advanced by counsel in their briefs, the Court declines to declare this case "exceptional" under 15 U.S.C. § 1117(a) because Sportvision's case was not groundless, unreasonable, vexatious, or pursued in bad faith. See Stephen W. Boney, Inc. v. Boney Services, Inc., 127 F.3d 821, 827 (9th Cir.1997) (quoting Scott Fetzer Co. v. Williamson, 101 F.3d 549, 555 (8th Cir.1996).

Dated: September 22, 2005            /s/James Ware
04cv3115exceptional                              JAMES WARE
                                                 United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Larry Vierra  lvierra@vmmhd.com
Burt Magen  bmagen@vmmhd.com
Laura L. Carroll  lcarroll@burnslev.com
Merton E. Thompson  mthompson@burnslev.com
Doyle B. Johnson  dbjohnson@reedsmith.com
John P. Bovich  jbovich@reedsmith.com
Kerry Hopkins  khopkins@reedsmith.com
Scott D. Baker  sbaker@reedsmith.com
Matthew H. Adler  adlerm@pepperlaw.com
Nathan W. Dean  deann@pepperlaw.com
Vincent V. Carissimi  carissimiv@pepperlaw.com

**Dated: September 22, 2005**               **Richard W. Wieking, Clerk**

**By:__/s/JW Chambers_____**
     **Ronald L. Davis**
     **Courtroom Deputy**

**United States District Court**
For the Northern District of California

2