IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sportvision, Inc., | NO. C 04-03115 JW |
| Plaintiff, | |
| v. | **ORDER RESETTING HEARING ON PLAINTIFF'S MOTION FOR CLARIFICATION** |
| SportsMEDIA Technology Corp., | |
| Defendant. | |

Please take note that due to a scheduling conflict, Sportvision's Motion for Clarification of Claim Construction of One Term of the '550 Patent presently scheduled for **April 25, 2006** at 1 p.m. **is now set for 3 p.m.**

Dated: April 10, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Larry Vierra  lvierra@vmmhd.com
Burt Magen  bmagen@vmmhd.com
Laura L. Carroll  lcarroll@burnslev.com
Merton E. Thompson  mthompson@burnslev.com
Doyle B. Johnson  dbjohnson@reedsmith.com
John P. Bovich  jbovich@reedsmith.com
Kerry Hopkins  khopkins@reedsmith.com
Scott D. Baker  sbaker@reedsmith.com
Matthew H. Adler  adlerm@pepperlaw.com
Nathan W. Dean  deann@pepperlaw.com
Vincent V. Carissimi  carissimiv@pepperlaw.com

**Dated: April 10, 2006**                                          **Richard W. Wieking, Clerk**

                                                                   **By:   /s/ JW Chambers**
                                                                   **Melissa Peralta**
                                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California

2