Larry E. Vierra
Burt Magen
VIERRA, MAGEN, MARCUS, HARMON &
DENIRO LLP
575 Market Street – Suite 2500
San Francisco, CA 94015
Telephone: 415-369-9660
Fax: 415-369-9665

Laura L. Carroll
Merton E. Thompson, IV
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Telephone: 617-345-3000
Fax: 617-345-3299

Attorneys for Plaintiff
Sportvision, Inc.

Scott D. Baker (State Bar No. 084923)
Doyle B. Johnson (State Bar No. 180348)
John P. Bovich (State Bar No. 150688)
Adaline J. Hilgard (State Bar No. 173213)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  415.543.8700
Facsimile:   415.391.8269

Attorneys for Defendant
SportsMEDIA Technology Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SPORTVISION, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>SPORTSMEDIA TECHNOLOGY CORPORATION,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIM | No. C-04-3115 JW<br><br>**STIPULATED [PROPOSED] SECOND AMENDED CASE MANAGEMENT SCHEDULING ORDER** |

1

2   On April 10, 2006, the Court, pursuant to the Parties' Stipulation, entered an Amended
3   Case Management Order setting forth the dates and/or deadlines for certain events in this action.
4   Various dates set forth in the Amended Case Management Order were to be triggered by the
5   Court's ruling on the Motion for Clarification, which ruling the Court recently issued on July 18,
6   2006. Since entry of the Amended Case Management Order, the parties have also agreed to
7   extend the deadlines for certain expert disclosure and related dates. Accordingly, the parties to
8   this action jointly submit this Stipulated [Proposed] Second Amended Case Management
9   Scheduling Order, which incorporates the dates triggered by the Court's ruling on the Motion for
10  Clarification and which revises certain expert-related dates. The below proposed schedule leaves
11  intact the dispositive motion and pretrial conference-related dates. The parties respectfully
12  request that the Court enter the following as the Case Management Scheduling Order in this
13  matter:

14

15

| Task/Action | Schedule (Proposed) |
| --- | --- |
| Final Infringement Contentions | August 17, 2006 (unchanged) |
| Final Invalidity Contentions | September 6, 2006 (unchanged) |
| Willfulness disclosures (if necessary) | September 6, 2006 (unchanged) |
| Fact discovery cut-off | October 16, 2006 (unchanged) |
| Expert witness reports for issues on which party has burden of proof | September 11, 2006 (moved from August 7, 2006) |
| Rebuttal expert reports | September 25, 2006 (moved from August 21, 2006) |
| Last Day to File Motions re Objections to Expert Witnesses | October 2, 2006 (moved from August 28, 2006) |
| Last Day for Hearing on Motions re Objections to Expert Witnesses | November 6, 2006 (moved from October 2, 2006) |
| Expert discovery cut-off | October 30, 2006 (moved from October 13, 2006) |
| Last Day to File Dispositive Motions | November 6, 2006 (unchanged) |

No. C-04-3115 JW                                       - 2 -
STIPULATED [PROPOSED] SECOND AMENDED CASE MANAGEMENT SCHEDULING ORDER

| Last Day for Hearing on Dispositive Motions | December 11, 2006 (unchanged) |
|---|---|
| Preliminary Pretrial Conference Statements | January 12, 2007 (unchanged) |
| Preliminary Pretrial Conference and Trial Setting Conference | January 22, 2007 (unchanged) at 11:00 am. |

Dated: July 24, 2006

REED SMITH LLP

/s/ Adaline J. Hilgard
Adaline J. Hilgard
Attorneys for Defendant and Counterclaimant
SportsMEDIA Technology Corporation

Dated: July 24, 2006

BURNS & LEVINSON LLP

/s/ Laura Carroll
Laura L. Carroll
Attorneys for Plaintiff and Counterdefendant
Sportvision, Inc.

**IT IS SO ORDERED**

Dated: __July 26_____, 2006.

_____
Honorable James Ware
United States District Judge

DOCSSFO-12445714.1

No. C-04-3115 JW                              - 3 -
STIPULATED [PROPOSED] SECOND AMENDED CASE MANAGEMENT SCHEDULING ORDER