Larry E. Vierra
Burt Magen
VIERRA, MAGEN, MARCUS & DENIRO LLP
575 Market Street – Suite 2500
San Francisco, CA 94015
Telephone: 415-369-9660
Fax: 415-369-9665

Laura L. Carroll
Merton E. Thompson, IV
Howard J. Susser
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Telephone: 617-345-3000
Fax: 617-345-3299

Attorneys for Plaintiff
Sportvision, Inc.

Scott D. Baker (State Bar No. 084923)
Doyle B. Johnson (State Bar No. 180348)
John P. Bovich (State Bar No. 150688)
Adaline J. Hilgard (State Bar No. 173213)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Attorneys for Defendant
SportsMEDIA Technology Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SPORTVISION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SPORTSMEDIA TECHNOLOGY CORPORATION, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | No. C-04-3115 JW <br><br> **STIPULATED [PROPOSED] THIRD AMENDED CASE MANAGEMENT SCHEDULING ORDER** |

1    On July 26, 2006, the Court, pursuant to the Parties' Stipulation, entered a Second Amended Case Management Order setting forth the dates and/or deadlines for certain events in this action. Since then, Plaintiff served Final Infringement Contentions and Defendant served Final Invalidity Contentions. On September 11, 2006, the parties also exchanged Initial Expert Reports on issues for which each party has the burden of proof.

Sportvision has expressed concerns regarding SportsMedia's Final Invalidity Contentions and Expert Report (the Expert Report of Michael J. Potel, Ph.D., dated September 11, 2006). In particular, Sportvision has objected to SportsMedia's (1) assertion of "new" theories of invalidity not previously set forth in its Preliminary Invalidity Contentions; and (2) reliance on prior art that was recently disclosed. SportsMedia maintains that its Final Invalidity Contentions and Expert Report are entirely proper, conform to the requirements of Patent Local Rules and present no prejudice to Sportvision.

Nevertheless, the parties have met and conferred in good faith on the matter, and have agreed to resolve their disputes by providing an extension of time to prepare rebuttal expert reports, as set forth below. In exchange for the scheduling adjustment, Sportvision agrees that it will not at any time move to strike SportsMedia's Final Invalidity Contentions or Expert Report on the basis of the recently-disclosed prior art and invalidity theories set forth therein. Sportvision further agrees that it will not seek to preclude SportsMedia from relying on any of the theories or prior art cited and/or discussed within its Final Invalidity Contentions and Expert Report on the basis of the timing of the disclosure of such invalidity theories or prior art.

Accordingly, the parties to this action jointly submit this Stipulated [Proposed] Third Amended Case Management Scheduling Order. The parties respectfully request that the Court enter the following as the Case Management Scheduling Order in this matter:

| Task/Action | Schedule (Proposed) |
| --- | --- |
| Final Infringement Contentions | August 17, 2006 (unchanged) |
| Final Invalidity Contentions | September 6, 2006 (unchanged) |

| | |
|---|---|
| Willfulness disclosures (if necessary) | September 6, 2006 (unchanged) |
| Fact discovery cut-off | October 16, 2006 (unchanged) |
| Expert witness reports for issues on which party has burden of proof | September 11, 2006 (unchanged) |
| Rebuttal expert reports | October 12, 2006 (moved from September 25, 2006) |
| Last Day to File Motions re Objections to Expert Witnesses | October 30, 2006 (moved from October 2, 2006) |
| Last Day for Hearing on Motions re Objections to Expert Witnesses | December 4, 2006 (moved from November 6, 2006) |
| Expert discovery cut-off | November 6, 2006 (moved from October 30, 2006) |
| Last Day to File Dispositive Motions | November 13, 2006 (moved from November 6, 2006) |
| Last Day for Hearing on Dispositive Motions | December 18, 2006 (moved from December 11, 2006) |
| Preliminary Pretrial Conference Statements | January 26, 2007 (moved from January 12, 2007) |
| Preliminary Pretrial Conference and Trial Setting Conference | February 5, 2007 (moved from January 22, 2007) |

Dated: September 14, 2006

REED SMITH LLP

/s/ Adaline J. Hilgard
Adaline J. Hilgard
Attorneys for Defendant and Counterclaimant
SportsMEDIA Technology Corporation

| | | |
|---|---|---|
| 1 | Dated: September 14, 2006 | BURNS & LEVINSON LLP |

/s/ Laura Carroll
Laura L. Carroll
Attorneys for Plaintiff and Counterdefendant
Sportvision, Inc.

**IT IS SO ORDERED**

Dated: _____Sept. 18,_____, 2006.

_____
Honorable James Ware
United States District Judge

DOCSSFO-12452979.1-AHILGARD

No. C-04-3115 JW — - 4 -
STIPULATED [PROPOSED] THIRD AMENDED CASE MANAGEMENT SCHEDULING ORDER