Larry E. Vierra
Burt Magen
VIERRA, MAGEN, MARCUS & DENIRO LLP
575 Market Street – Suite 2500
San Francisco, CA 94015
Telephone: 415-369-9660
Fax: 415-369-9665

Laura L. Carroll (admitted *pro hac vice*)
Merton E. Thompson, IV (admitted *pro hac vice*)
Howard J. Susser (admitted *pro hac vice*)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Telephone: 617-345-3000
Fax: 617-345-3299

Attorneys for Plaintiff
Sportvision, Inc.

Scott D. Baker (State Bar No. 084923)
Doyle B. Johnson (State Bar No. 180348)
John P. Bovich (State Bar No. 150688)
Adaline J. Hilgard (State Bar No. 173213)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:    415.391.8269

Attorneys for Defendant
SportsMEDIA Technology Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SPORTVISION, INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SPORTSMEDIA TECHNOLOGY CORPORATION,<br><br>　　　　　　　Defendant. | No. C-04-3115 JW<br><br>**STIPULATED [PROPOSED] FOURTH AMENDED CASE MANAGEMENT SCHEDULING ORDER** |
| AND RELATED COUNTERCLAIM | |

No. C-04-3115 JW                                                  - 1 -
STIPULATED [PROPOSED] FOURTH AMENDED CASE MANAGEMENT SCHEDULING ORDER

1

2   The parties, through their undersigned counsel, hereby stipulate as follows:

3   1.   The parties have agreed to mediate this dispute and to defer the future dates and/or deadlines by approximately sixty days in order to accommodate such meditation.

2.   On September 18, 2006, the Court, pursuant to the parties' Stipulation, entered a Third Amended Case Management Order setting forth the dates and/or deadlines for certain events in this action. Since then, the parties have exchanged Initial and Rebuttal Expert Reports and completed fact discovery (with the exception the of deposition of Mickey Herrin, a fact witness, as set forth below).

3.   The proposed extended deadlines apply only to future Court-ordered dates and deadlines, with the exception that with respect to fact discovery, the parties have agreed that Sportvision may take the previously-scheduled deposition of Mickey Herrin after the mediation should the case not settle.

4.   Accordingly, the parties to this action jointly submit this Stipulated [Proposed] Fourth Amended Case Management Scheduling Order. The parties respectfully request that the Court enter the following as the Case Management Scheduling Order in this matter such that the parties' mediation may be accommodated:

| Task/Action | Schedule (Proposed) |
| --- | --- |
| Final Infringement Contentions | August 17, 2006 (unchanged) |
| Final Invalidity Contentions | September 6, 2006 (unchanged) |
| Willfulness disclosures (if necessary) | September 6, 2006 (unchanged) |
| Fact discovery cut-off | October 16, 2006 (unchanged) |
| Expert witness reports for issues on which party has burden of proof | September 11, 2006 (unchanged) |
| Rebuttal expert reports | October 12, 2006 (unchanged) |
| Last Day to File Motions re Objections to Expert Witnesses | January 8, 2007 (moved from October 30, 2006) |
| Last Day for Hearing on Motions re | February 12, 2007 |

| | |
|---|---|
| Objections to Expert Witnesses | (moved from December 4, 2006) |
| Expert discovery cut-off | January 15, 2007 (moved from November 6, 2006) |
| Last Day to File Dispositive Motions | January 29, 2007 (moved from November 13, 2006) |
| Last Day for Hearing on Dispositive Motions | March 5, 2007 (moved from December 18, 2006) |
| Preliminary Pretrial Conference Statements | April 6, 2007 (moved from January 26, 2007) |
| Preliminary Pretrial Conference and Trial Setting Conference | April 16, 2007 (moved from February 5, 2007) |

Dated: October 19, 2006

REED SMITH LLP

/s/ Adaline J. Hilgard
Adaline J. Hilgard
Attorneys for Defendant and Counterclaimant
SportsMEDIA Technology Corporation

Dated: October 19, 2006

BURNS & LEVINSON LLP

/s/ Laura L. Carroll
Laura L. Carroll
Attorneys for Plaintiff and Counterdefendant
Sportvision, Inc.

**IT IS SO ORDERED**

Dated: _____10/20___, 2006.

_____
Honorable James Ware
United States District Judge

DOCSSFO-12456412.1-VLCANTON
No. C-04-3115 JW                                             - 3 -
STIPULATED [PROPOSED] FOURTH AMENDED CASE MANAGEMENT SCHEDULING ORDER