| | |
|---|---|
| Larry E. Vierra<br>Burt Magen<br>VIERRA, MAGEN, MARCUS & DENIRO LLP<br>575 Market Street – Suite 2500<br>San Francisco, CA  94015<br>Telephone:  415-369-9660<br>Fax:  415-369-9665<br><br>Laura L. Carroll<br>Merton E. Thompson, IV<br>Howard J. Susser<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA  02110<br>Telephone:  617-345-3000<br>Fax:  617-345-3299<br><br>Attorneys for Plaintiff<br>Sportvision, Inc. | Scott D. Baker (State Bar No. 084923)<br>Doyle B. Johnson (State Bar No. 180348)<br>John P. Bovich (State Bar No. 150688)<br>Adaline J. Hilgard (State Bar No. 173213)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA  94111<br><br>**Mailing Address:**<br>P.O. Box 7936<br>San Francisco, CA  94120-7936<br><br>Telephone:    415.543.8700<br>Facsimile:    415.391.8269<br><br>Attorneys for Defendant<br>SportsMEDIA Technology Corporation |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SPORTVISION, INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>SPORTSMEDIA TECHNOLOGY CORPORATION,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIM | No. C-04-3115 JW<br><br>**STIPULATED [~~PROPOSED~~] FIFTH AMENDED CASE MANAGEMENT SCHEDULING ORDER** |

The parties, through their undersigned counsel, hereby stipulate as follows:

1. The parties have confirmed their mediation of this matter before Judge Edward Infante of JAMS on **January 17, 2007**. A few weeks ago, the parties agreed to mediate this matter and submitted to the Court a stipulated case management schedule with deferred dates and deadlines so that their mediation could be accommodated. The Court entered the Fourth Amended Case Management Order on or about October 20, 2006. At the time, the parties believed that they could schedule and complete their mediation with Judge Infante before January 2007. However, due to the holidays and Judge Infante's busy calendar, the parties were not able to schedule their mediation with Judge Infante until January 17, 2007. Thus, the parties now request that the Court consider and approve this updated stipulated proposed case management schedule, which defers the dates and deadlines by approximately 30 more days, in order to accommodate the confirmed mediation on January 17, 2007.

2. The proposed extended deadlines apply only to future Court-ordered dates and deadlines, with the exception that with respect to fact discovery, the parties have agreed that Sportvision may take the previously-scheduled deposition of Mickey Herrin, a fact witness, after the mediation in the event that the case does not settle.

3. Accordingly, the parties to this action jointly submit this Stipulated [Proposed] Fifth Amended Case Management Scheduling Order. The parties respectfully request that the Court enter the following as the Case Management Scheduling Order in this matter such that the parties' scheduled mediation on January 17, 2007 may be accommodated:

| Task/Action | Schedule (Proposed) |
| --- | --- |
| Final Infringement Contentions | August 17, 2006 (unchanged) |
| Final Invalidity Contentions | September 6, 2006 (unchanged) |
| Willfulness disclosures (if necessary) | September 6, 2006 (unchanged) |
| Fact discovery cut-off | October 16, 2006 (unchanged) |
| Expert witness reports for issues on which party has burden of proof | September 11, 2006 (unchanged) |
| Rebuttal expert reports | October 12, 2006 (unchanged) |

| | |
|---|---|
| Expert discovery cut-off | February 12, 2007 (moved from January 15, 2007) |
| Last Day to File Motions re Objections to Expert Witnesses | February 26, 2007 (moved from January 8, 2007) |
| Last Day to File Dispositive Motions | February 26, 2007 (moved from January 29, 2007) |
| Last Day for Hearing on Dispositive Motions and Motions re Objections to Expert Witnesses | April 2, 2007 (moved from February 12 and March 5, 2007) |
| Preliminary Pretrial Conference Statements | May 4, 2007 (moved from April 6, 2007) |
| Preliminary Pretrial Conference and Trial Setting Conference | May 14, 2007 (moved from April 16, 2007) |

Dated: November 10, 2006        REED SMITH LLP


/s/ Adaline J. Hilgard
Adaline J. Hilgard
Attorneys for Defendant and Counterclaimant
SportsMEDIA Technology Corporation


Dated: November 10, 2006        BURNS & LEVINSON LLP


/s/ Laura Carroll
Laura L. Carroll
Attorneys for Plaintiff and Counterdefendant
Sportvision, Inc.


**IT IS SO ORDERED**

Dated: _____11/13_____, 2006.

_____
Honorable James Ware
United States District Judge

No. C-04-3115 JW                                                                - 3 -
STIPULATED [~~PROPOSED~~] FIFTH AMENDED CASE MANAGEMENT SCHEDULING ORDER