| | |
|---|---|
| Larry E. Vierra<br>Burt Magen<br>VIERRA, MAGEN, MARCUS & DENIRO LLP<br>575 Market Street – Suite 2500<br>San Francisco, CA 94015<br>Telephone: 415-369-9660<br>Fax: 415-369-9665<br><br>Laura L. Carroll<br>Merton E. Thompson, IV<br>Howard J. Susser<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>Telephone: 617-345-3000<br>Fax: 617-345-3299<br><br>Attorneys for Plaintiff<br>Sportvision, Inc. | Scott D. Baker (State Bar No. 084923)<br>Doyle B. Johnson (State Bar No. 180348)<br>John P. Bovich (State Bar No. 150688)<br>Adaline J. Hilgard (State Bar No. 173213)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br><br>**Mailing Address:**<br>P.O. Box 7936<br>San Francisco, CA 94120-7936<br><br>Telephone:   415.543.8700<br>Facsimile:   415.391.8269<br><br>Attorneys for Defendant<br>SportsMEDIA Technology Corporation |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SPORTVISION, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>SPORTSMEDIA TECHNOLOGY CORPORATION,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIM. | No. C-04-3115 JW<br><br>**STIPULATED [~~PROPOSED~~] SIXTH AMENDED CASE MANAGEMENT SCHEDULING ORDER** |

The parties, through their undersigned counsel, hereby stipulate as follows:

1.  The parties mediated this matter before Judge Edward Infante of JAMS on January 17, 2007. Following the mediation, the parties generated a term sheet, which has since been the subject of further negotiations. The parties have been engaged in attempting to finalize the term sheet and thereafter settlement documentation. To provide adequate time for the parties to reach agreement on the term sheet and settlement documentation, the parties now request that the Court consider and approve this updated stipulated proposed case management schedule, which defers the dates and deadlines by approximately 60 days.

2.  The proposed extended deadlines apply only to future Court-ordered dates and deadlines, with the exception that with respect to fact discovery, the parties have agreed that Sportvision may take the previously-scheduled deposition of Mickey Herrin, a fact witness, in the event that the case does not settle.

3.  Accordingly, the parties to this action jointly submit this Stipulated [Proposed] Sixth Amended Case Management Scheduling Order. The parties respectfully request that the Court enter the following as the Case Management Scheduling Order in this matter in order to accommodate the parties' efforts to agree on a term sheet and settle the case.

| Task/Action | Schedule (Proposed) |
| --- | --- |
| Final Infringement Contentions | August 17, 2006 (unchanged) |
| Final Invalidity Contentions | September 6, 2006 (unchanged) |
| Willfulness disclosures (if necessary) | September 6, 2006 (unchanged) |
| Fact discovery cut-off | October 16, 2006 (unchanged) |
| Expert witness reports for issues on which party has burden of proof | September 11, 2006 (unchanged) |
| Rebuttal expert reports | October 12, 2006 (unchanged) |
| Expert discovery cut-off | April 9, 2007 (moved from February 12, 2007) |
| Last Day to File Motions re Objections to Expert Witnesses | April 23, 2007 (moved from February 26, 2007) |
| Last Day to File Dispositive Motions | April 23, 2007 (moved from February 26, 2007) |

| | |
|---|---|
| Last Day for Hearing on Dispositive Motions and Motions re Objections to Expert Witnesses | June 4 2007 <br> ~~May 28, 2007~~ at 9:00AM <br> (moved from April 2, 2007) |
| Preliminary Pretrial Conference Statements | June 29, 2007 <br> (moved from May 4, 2007) |
| Preliminary Pretrial Conference and Trial Setting Conference | July 9, 2007 at 11:00 AM <br> (moved from May 14, 2007) |

Dated: February 9, 2007          REED SMITH LLP


                                 /s/ Adaline J. Hilgard
                                 Adaline J. Hilgard
                                 Attorneys for Defendant and Counterclaimant
                                 SportsMEDIA Technology Corporation


Dated: February 9, 2007          BURNS & LEVINSON LLP


                                 /s/ Laura Carroll
                                 Laura L. Carroll
                                 Attorneys for Plaintiff and Counterdefendant
                                 Sportvision, Inc.


**IT IS SO ORDERED**

Dated:    2/12/2007


                                 _____
                                 Honorable James Ware
                                 United States District Judge

No. C-04-3115 JW                 - 2 -
STIPULATED [~~PROPOSED~~] FIFTH AMENDED CASE MANAGEMENT SCHEDULING ORDER

1 **CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: February 9, 2007.

          REED SMITH LLP

By:    /s/ Adaline J. Hilgard
     Adaline J. Hilgard
     Attorneys for Defendant and Counterclaimant
     SportsMEDIA Technology Corporation