IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sportvision, Inc., | NO. C 04-03115 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| SportsMEDIA Technology Corp., | |
| Defendant. | |

On March 6, 2007, the Court received a letter from Merton E. Thompson, Attorney for Plaintiff and Scott Baker, Attorney for Defendant informing the Court that parties have settled the law suit. Since that time, the Court has not received any further communication from the party. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **July 30, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **August 6, 2007 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **July 30, 2007**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  July 5, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Larry Vierra  lvierra@vmmhd.com
Burt Magen  bmagen@vmmhd.com
Laura L. Carroll  lcarroll@burnslev.com
Merton E. Thompson  mthompson@burnslev.com
Doyle B. Johnson  dbjohnson@reedsmith.com
John P. Bovich  jbovich@reedsmith.com
Kerry Hopkins  khopkins@reedsmith.com
Scott D. Baker  sbaker@reedsmith.com
Matthew H. Adler  adlerm@pepperlaw.com
Nathan W. Dean  deann@pepperlaw.com
Vincent V. Carissimi  carissimiv@pepperlaw.com

**Dated: July 5, 2007**                              **Richard W. Wieking, Clerk**

                                                     **By:   /s/ JW Chambers**
                                                            **Melissa Peralta**
                                                            **Courtroom Deputy**