| | |
|---|---|
| Larry E. Vierra<br>Burt Magen<br>VIERRA, MAGEN, MARCUS & DENIRO LLP<br>575 Market Street – Suite 2500<br>San Francisco, CA 94015<br>Telephone: 415-369-9660<br>Fax: 415-369-9665<br><br>Laura L. Carroll<br>Merton E. Thompson, IV<br>Howard J. Susser<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>Telephone: 617-345-3000<br>Fax: 617-345-3299<br><br>Attorneys for Plaintiff<br>Sportvision, Inc. | Scott D. Baker (State Bar No. 084923)<br>Doyle B. Johnson (State Bar No. 180348)<br>John P. Bovich (State Bar No. 150688)<br>Adaline J. Hilgard (State Bar No. 173213)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br><br>**Mailing Address:**<br>P.O. Box 7936<br>San Francisco, CA 94120-7936<br><br>Telephone:   415.543.8700<br>Facsimile:    415.391.8269<br><br>Attorneys for Defendant<br>SportsMEDIA Technology Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*[Court seal: GRANTED, signed Judge James Ware, 9/20/2007]*

| | |
|---|---|
| SPORTVISION, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>SPORTSMEDIA TECHNOLOGY CORPORATION,<br><br>                    Defendants. | Case No. C-04-3115 JW<br><br>**STIPULATION OF DISMISSAL** |

Case 5:04-cv-03115-JW   Document 299   Filed 09/20/07   Page 2 of 2

Plaintiff, Sportvision, Inc., and defendant SportsMEDIA Technology Corporation, hereby stipulate to a dismissal with prejudice of all claims in this action, subject to the terms of the confidential Settlement Agreement between them. Each party shall bear its own costs, fees and expenses.

| SPORTVISION, INC. | SPORTSMEDIA TECHNOLOGY CORP. |
|---|---|
| *signature* | *signature* |
| Laura L. Carroll (pro hac vice)<br>Merton E. Thompson, IV (pro hac vice)<br>Howard J. Susser (pro hac vice)<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA  02110<br>Telephone:  617-345-3000<br>Fax:  617-345-3299 | Scott D. Baker (State Bar No. 084923)<br>Doyle B. Johnson (State Bar No. 180348)<br>Adaline J. Hilgard (State Bar No. 173213)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA  94111<br>Telephone:    415.543.8700<br>Facsimile:    415.391.8269 |

2